# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| **R'KES STARLING, individually and on behalf of all others similarly situated**<br>*Plaintiff*<br>v.<br>**IRON HAMMER ROOFING, LLC**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 3:26-cv-02653-S |

## AFFIDAVIT OF SERVICE

I, Timilehin Olatuyi, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on August 18, 2026, at 7:11 pm. I delivered these documents to Iron Hammer Roofing LLC in Dallas County, TX on August 20, 2026, at 4:17 pm at 11127 Shady Trl, Ste 104, Dallas, TX 75229-4630 by leaving the following documents with Rosa Francous, who, as MANAGER, is authorized by appointment or by law to receive service of process for Iron Hammer Roofing LLC.

Summons in a Civil Action
Race: Hispanic or Latino, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.8855871,-96.8917028
Photograph: See Exhibit 1

Total Cost: $97.25

My name is Timilehin Olatuyi, I am 18 years of age or older, and my address is 9448 Forest Lane, Apt 1615, Dallas, TX 75243, USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Dallas County,

TX on 8/24/2026.

/s/ *Timilehin Olatuyi*

Timilehin Olatuyi
+1 (469) 847-7306
Certification Number: PSC-27693
Expiration Date: 10/31/2027


Exhibit 1a)
IRON HAMMER ROOFING