**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | |
|---|---|
| R'Kes Starling, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>Iron Hammer Roofing, LLC,<br><br>*Defendant* | Case No. 3:26-cv-02653 |

## Defendant's Unopposed Motion for Extension of Time to File Answer

Defendant Iron Hammer Roofing, LLC respectfully moves for an extension of time to file its answer to Plaintiff's R'Kes Starling's Original Complaint and states as follows:

1. Plaintiff filed his Original Complaint in this matter on August 10, 2026, and Defendant was served on August 20, 2026.

2. Defendant's counsel conferred with Plaintiff's counsel regarding an extension to file Defendant's answer, and Plaintiff is unopposed to an extension through October 8, 2026. Accordingly, Defendant requests the Court grant an extension for Defendant to file its answer through October 8, 2026.

3. This request is made in good faith and not for purposes of delay or prejudice to Plaintiff.

## CONCLUSION

Defendant respectfully requests that the Court grant this Motion and extend Defendant's deadline to file its answer through October 8, 2026, and grant Defendant such other and further relief to which Defendant may be entitled.

September 18, 2026

Respectfully submitted,

**GRIFFITH BARBEE PLLC**

/s/ *Ellie Johnson*

Ellie Johnson
Texas Bar No. 24143054
Ellie.Johnson@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

**Counsel for Defendant**

## CERTIFICATE OF SERVICE

The undersigned certifies this document was filed electronically in compliance with Local Rule 5.1. Accordingly, it was served on all counsel of record on September 18, 2026.

/s/ *Ellie Johnson*

Ellie Johnson

## CERTIFICATE OF CONFERENCE

The undersigned certifies she has complied with the meet and confer requirement in Local Rule 7.1, and this Motion is unopposed.

/s/ *Ellie Johnson*

Ellie Johnson