**United States District Court**
**Northern District of Texas**
**Dallas Division**

R'KES STARLING, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,

*Plaintiff*

v.

IRON HAMMER ROOFING, LLC,

*Defendant*

Case No. 3:26-cv-02653

## Order Granting Unopposed Motion for Extension of Time

On this day, the Court considered Defendant Iron Hammer Roofing, LLC's Unopposed Motion for Extension of Time to File Answer (the "Motion"). After consideration of the Motion, the Court is of the opinion the Motion should be and therefore is **GRANTED**.

It is therefore **ORDERED** that the Defendant Iron Hammer Roofing, LLC's deadline to answer or otherwise respond to Plaintiff's Original Complaint [Dkt. #1] is extended from September 10, 2026 to October 8, 2026.

**IT IS SO ORDERED.**

Signed on ________________________, 2026.

________________________________
JUDGE PRESIDING