**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | |
|---|---|
| R'Kes Starling, individually and on behalf of all other similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>Iron Hammer Roofing, LLC,<br><br>*Defendant* | Case No. 3:26-cv-02653 |

## Defendant's Third Unopposed Motion for Extension of Time to File Answer

Defendant Iron Hammer Roofing, LLC respectfully moves for a third extension of time to file its answer to Plaintiff's R'Kes Starling's Original Complaint and states as follows:

1. Plaintiff filed his Original Complaint in this matter on August 10, 2026, and Defendant was served on August 20, 2026.

2. Defendant's deadline to file an answer was previously extended from September 10, 2026 to October 8, 2026, and again from October 8, 2026 to October 22, 2026.

3. Defendant's counsel conferred with Plaintiff's counsel regarding an additional 21-day extension to file Defendant's answer, and Plaintiff is unopposed to an extension through November 12, 2026. Accordingly, Defendant requests the Court grant an extension for Defendant to file its answer through November 12, 2026.

4. This request is made in good faith and not for purposes of delay or prejudice to Plaintiff.

5. Counsel for Defendant has conferred with counsel for Plaintiff regarding the requested extension, and Plaintiff does not oppose the requested extension.

## CONCLUSION

Defendant respectfully requests that the Court grant this Motion and extend Defendant's deadline to file its answer through November 12, 2026, and grant Defendant such other and further relief to which Defendant may be entitled.

October 22, 2026

Respectfully submitted,

**GRIFFITH BARBEE PLLC**

/s/ *Ellie Johnson*

Ellie Johnson
Texas Bar No. 24143054
Ellie.Johnson@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

**Counsel for Defendant**

## CERTIFICATE OF CONFERENCE

The undersigned certifies she has complied with the meet and confer requirement in Local Rule 7.1, and this Motion is unopposed.

/s/ *Ellie Johnson*

Ellie Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies this document was filed electronically in compliance with Local Rule 5.1. Accordingly, it was served on all counsel of record on October 22, 2026.

/s/ *Ellie Johnson*

Ellie Johnson