**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | |
|---|---|
| R'KES STARLING, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>*Plaintiff*<br><br>v.<br><br>IRON HAMMER ROOFING, LLC,<br><br>*Defendant* | Case No. 3:26-cv-02653 |

## Order Granting Third Unopposed Motion for Extension of Time

On this day, the Court considered Defendant Iron Hammer Roofing, LLC's Second Unopposed Motion for Extension of Time to File Answer (the "Motion"). After consideration of the Motion, the Court is of the opinion the Motion should be and therefore is **GRANTED**.

It is therefore **ORDERED** that the Defendant Iron Hammer Roofing, LLC's deadline to answer or otherwise respond to Plaintiff's Original Complaint [Dkt. #1] is extended from October 22, 2026 to November 12, 2026.

**IT IS SO ORDERED.**

Signed on ________________________, 2026.

________________________________
JUDGE PRESIDING