**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| R'KES STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>IRON HAMMER ROOFING, LLC,<br><br>Defendant. | Case No.<br><br>**3:26-CV-02653-S** |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO CONTINUE INITIAL HEARING**

This day, the Court considered Plaintiff R'Kes Starling's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss and to Continue Initial Hearing (the "Motion"). After consideration of the Motion, the Court is of the opinion the Motion should be and therefore is GRANTED.

It is therefore ORDERED that Plaintiff R'Kes Starling's deadline to respond to Defendant Iron Hammer Roofing, LLC's Motion to Dismiss and Brief in Support, ECF No. 13, is extended from December 3, 2026 to December 11, 2026.

It is further ORDERED that the initial hearing set for December 1, 2026, at 12:00 p.m., ECF No. 15, is VACATED and RESET for December ____, 2026, at ________ __.m. All other provisions of the Court's Order Setting Initial Hearing ECF No. 15 remain in effect.

IT IS SO ORDERED. SIGNED ____________________, 2026.

______________________________
HON. KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE